■ FRENCH BOUREKAS, INC., Appellant, v UNITED CAPITAL CORP., Respondent, et al., Defendants. [614 NYS2d 908] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (Shaw, J.), entered July 2, 1992.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Shaw at the Supreme Court. Mangano, P. J., Bracken, Pizzuto and Hart, JJ., concur.